

44 So.2d 907

### George ABERNATHY v. STATE.
#### 8 Div. 784.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Circuit Court, Colbert County; Robt. M. Hill, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

44 So.2d 907

### ALEXANDER & YOUNG ENGINEERING CO., Inc. v. Mary Anderson LEGG et al.
#### 8 Div. 803.

Court of Appeals of Alabama.
Jan. 19, 1950.

Appeal from Circuit Court, Madison County; E. H. Parsons, Judge.

PER CURIAM.
Appeal dismissed, want of prosecution.

44 So.2d 30

### Howard ALLEN v. CITY OF TUSCA-LOOSA.
#### 6 Div. 908.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault and battery.

PER CURIAM.
Appeal dismissed, want of prosecution.

44 So.2d 30

### Howard ALLEN v. CITY OF TUSCA-LOOSA.
#### 6 Div. 909.

Court of Appeals of Alabama.
Dec. 1, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.
Driving while intoxicated.

PER CURIAM.
Appeal dismissed, want of prosecution.

44 So.2d 30

### Howard ALLEN v. CITY OF TUSCA-LOOSA.
#### 6 Div. 910.

Court of Appeals of Alabama.
Dec. 1, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.
Resisting arrest.
PER CURIAM.
Appeal dismissed, want of prosecution.

44 So.2d 907

### Less ALLEN v. STATE.
#### 8 Div. 848.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

651